UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEVEN BARIL,<br><br>    Plaintiff,<br><br>        v.<br><br>CELLCO PARTNERSHIP AND VERIZON WIRELESS, LLC<br><br>    Defendant. | Civil Action Number: 1:13-CV-00231<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated and agreed among the parties that this case is DISMISSED WITH PREJUDICE and without costs.

| | |
|---|---|
| /s/ Anthony S. Augeri, for<br>Bronwyn Roberts, Esq.<br>Duane Morris LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110<br>email: broberts@duanemorris.com<br>Telephone: (857) 488-4200<br>Facsimile: (857) 488-4201<br>Counsel for Defendant<br>Cellco Partnership d/b/a Verizon Wireless (improperly named as "Cellco Partnership and Verizon Wireless, LLC") | /s/ Anthony S. Augeri<br>Anthony S. Augeri, Esq.<br>The Augeri Law Group, PLLC<br>68 Main Street, Ste. 4<br>Andover, MA 01810<br>email: tony@augerilaw.com<br>Telephone: (978) 409-2565<br>Facsimile: (978) 475-1001<br>Counsel for Plaintiff<br>Steven Baril |
| Dated: August 21, 2013 | Dated: August 21, 2013 |